Sean M. Sherlock (SB#161627)
ssherlock@swlaw.com
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Robert Mansfield *(pro hac vice)*
Todd M. Shaughnessy *(pro hac vice)*
J. Elizabeth Haws *(pro hac vice)*
Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84108
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Attorneys for Defendant
PACIFIC WEBWORKS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Pelletier,<br><br>            Plaintiff,<br><br>vs.<br><br>Pacific WebWorks, Inc.,<br><br>            Defendant. | CASE NO. 2:09-cv-03503-FCD-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING**<br><br>DATE OF FILING: OCTOBER 8, 2010<br><br>JUDGE: HON. FRANK C. DAMRELL, JR. |

   Pursuant to Local Rules 230(f) and 143, Defendant Pacific WebWorks, Inc. and Plaintiff Deanna Pelletier, by and through their counsel, stipulate and agree as follows:

   1.   On August 31, 2010, Defendant filed a Motion for Summary Judgment ("Summary Judgment Motion") in this action. (Dkt. No. 30.)

   2.   Oral argument was scheduled on the Motion for October 22, 2010.

   3.   Defendant inadvertently failed to file a Separate Statement of Undisputed Facts when it filed its Summary Judgment Motion on August 31, 2010.

   4.   Defendant intends to file a Separate Statement of Undisputed Facts on October

8, 2010.

5. As a result, the parties agree to continue the Motion for Summary Judgment hearing until **November 19, 2010, at 10:00 a.m.** in order to allow Plaintiff sufficient time to respond to Defendant's Summary Judgment Motion, including its anticipated Statement of Undisputed Facts.

Dated: October 8, 2010.

SNELL & WILMER L.L.P.

By: J. Elizabeth Haws
Sean M. Sherlock
Robert E. Mansfield
Todd M. Shaughnessy
J. Elizabeth Haws
Attorneys for Defendant
PACIFIC WEBWORKS, INC.

Dated: October 8, 2010.

EDELSON & MCQUIRE, LLC

By: /s/ Sean P. Reis
Sean P. Reis
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Attorneys for Plaintiff DEANNA PELLETIER

**IT IS SO ORDERED.**

Dated: October 12, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE