| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA PELLETIER, an individual, on her own behalf and on behalf of all others similarly situated, | Case No. 2:09−CV−03503−KJM−KJN |
| Plaintiff, v. | **ORDER GRANTING PARTIES' STIPULATION TO STAY LITIGATION** |
| PACIFIC WEBWORKS, INC., a Nevada Corporation, | |
| Defendants. | Honorable Kimberly J. Mueller |

This matter came before the Court on the Stipulation of Plaintiff Deanna Pelletier, and Defendant Pacific WebWorks, Inc., for a temporary sixty (60) day stay of the litigation, including briefing on all pending motions and all discovery obligations, to allow the Parties time to finalize the settlement reached in principle. The Court, having considered the Stipulation and for good cause shown hereby **GRANTS** the Stipulation.

Now, therefore, it is hereby **ORDERED** that:

1. This litigation, including briefing on all pending motions and all discovery obligations, shall be stayed for a period of sixty (60) days from the date that the Court enters an order staying this litigation; and

ORDER

2. By no later than sixty (60) days from the date that the Court enters an order staying this litigation, the Parties shall submit a joint status report indicating the status of settlement and effectuation thereof.

**IT IS SO ORDERED** this 3rd day of May 2011.

_____
UNITED STATES DISTRICT JUDGE