IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA PELLETIER,

      Plaintiff,                              No. CIV S-09-3503 KJM KJN

    vs.

PACIFIC WEBWORKS, INC., a Nevada Corporation,

      Defendant.                          <u>ORDER</u>

/

         On May 4, 2011, the court ordered the above-captioned case stayed for a period of sixty (60) days and the parties to submit a joint status report by the expiration of this sixty day period indicating the status of settlement. (ECF 77.) Parties filed a joint status report on June 30, 2011, requesting that the court extend the stay for an additional forty-five (45) days as parties continue to work towards a settlement agreement. (ECF 78.)

         Accordingly, the court hereby ORDERS:

1. The stay shall remain in place for an additional sixty (60) days from the date of this order;

2. Counsel shall file an updated joint status report by the expiration of this extended sixty (60) day period indicating the status of settlement and effectuation thereof; and

1

        3.      Counsel shall notify the court immediately if settlement is finalized before the sixty (60) days expires.

IT IS SO ORDERED.

DATED: July 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

2