IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA PELLETIER,

    Plaintiff,                                             No. CIV S-09-3503 KJM-KJN

    vs.

PACIFIC WEBWORKS, INC., a Nevada Corporation,

    Defendant.                                    <u>ORDER</u>

/

        On July 29, 2011, defendant moved to withdraw Todd M. Shaughnessy as counsel and noticed the motion for hearing on August 31, 2011.  (ECF 80.)  No opposition has been filed and Mr. Shaughnessy's withdrawal will not leave defendant in propia persona.  Accordingly, the court GRANTS this motion.  The August 31, 2011 hearing date is hereby VACATED.

        IT IS SO ORDERED.

DATED: August 22, 2011.

                                                  UNITED STATES DISTRICT JUDGE

1